UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLARD P. MALDONADO,<br><br>PAUL L. WAHSISE,<br><br>    Defendants. | Case No: CR-09-6001-JPH-01<br>    CR-09-6001-JPH-02<br><br>Order Granting United States' Motion to Dismiss Without Prejudice |

Upon the Motion of the United States, with good cause having been shown, IT IS ORDERED:

Counts One and Two of the Superseding Information are dismissed without prejudice.

DATED this 16th day of September, 2009.

<u>s/ James P. Hutton</u>

JAMES P. HUTTON

United States Magistrate Judge

Order Granting Motion to Dismiss Without Prejudice - 1